WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq., SBN 150984
Joshua R. Hernandez, Esq., SBN 258266
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 608-9142

Attorneys for Defendant AMY E. STARRETT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO

| | |
|---|---|
| JENNIE R. JONES; DAVID WYNN MILLER, <br><br> Plaintiffs, <br><br> vs. <br><br> DEUTSCHE BANK NATIONAL TRUST CO.; DUNCAN M. MCNIELL; LEYLA ALHOSSEINI; AMY E. STARRETT, <br><br> Defendants. | Case No.: 3:12-cv-02624-JSW <br><br> District Judge: Hon. Jeffrey S. White <br><br> **[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Date: August 24, 2012 <br> Time: 1:30 p.m. <br> Courtroom: 11, 19th Floor, Federal Building <br><br> Complaint filed: May 21, 2012 <br><br> *[Filed concurrently with Request for Continuance and Declaration of Joshua R. Hernandez]* |

## **[PROPOSED] ORDER**

Based on the Declaration of Joshua R. Hernandez, Esq., it is hereby ORDERED as follows:

1. That the Case Management Conference currently scheduled for this matter on August 24, 2012 at 1:30 p.m. shall be continued to November 16, 2012 at 1:30 p.m.; or to _____ at _____ a.m./p.m.

2.  Counsel for Defendant shall serve this order on the Plaintiffs and file proof of such service.

~~2.~~ =====================================================.

**IT IS SO ORDERED.**

Date: August 22, 2012

*Jeffrey S. White*
Hon. Jeffrey S. White, U.S. District Court Judge