WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq., SBN 150984
Joshua R. Hernandez, Esq., SBN 258266
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 608-9142

Attorneys for Defendant AMY E. STARRETT

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO

| | |
|---|---|
| JENNIE R. JONES; DAVID WYNN MILLER, | ) Case No.: 3:12-cv-02624-JSW |
| | ) |
| | ) District Judge: Hon. Jeffrey S. White |
| Plaintiffs, | ) |
| | ) **[PROPOSED]** **ORDER CONTINUING** |
| vs. | ) **CASE MANAGEMENT CONFERENCE** |
| | ) |
| DEUTSCHE BANK NATIONAL TRUST CO.; DUNCAN M. MCNIELL; LEYLA ALHOSSEINI; AMY E. STARRETT, | ) Date:  August 24, 2012 |
| | ) Time:  1:30 p.m. |
| | ) Courtroom: 11, 19th Floor, Federal Building |
| | ) |
| Defendants. | ) Complaint filed:  May 21, 2012 |
| | ) |
| | ) *[Filed concurrently with Request for* |
| | ) *Continuance and Declaration of Joshua R.* |
| | ) *Hernandez]* |
| | ) |
| | ) |

### [PROPOSED] ORDER

Based on the Declaration of Joshua R. Hernandez, Esq., it is hereby ORDERED as follows:

1.      That the Case Management Conference currently scheduled for this matter on August 24, 2012 at 1:30 p.m. shall be continued to November 16, 2012 at 1:30 p.m.; or to _____ at _____ a.m./p.m.

    2.   Counsel for Defendant shall serve this order on the
        Plaintiffs and file proof of such service.

    2.    _____.

**IT IS SO ORDERED.**

Date: _August 22, 2012_____

_____
Hon. Jeffrey S. White, U.S. District Court Judge

ORDER