**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JENNIE R. JONES and DAVID WYNN MILLER,

    Plaintiffs,

  v.

DEUTSCHE BANK NATIONAL TRUST CO., et al.,

    Defendants.

No. C 12-02624 JSW

**ORDER OF DISMISSAL**

On July 6, 2012, the Court issued an Order to Show Cause directing Plaintiffs to show cause why the case should not be dismissed for lack of jurisdiction. In that Order, the Court directed Plaintiffs to file a response by no later than September 21, 2012. The Court also advised Plaintiffs that their failure to file e a response to the Order to Show Cause would result in a dismissal of this action. Plaintiffs have failed to file a response to the Order to Show Cause. Accordingly, the Court HEREBY DISMISSES this action with prejudice for lack of jurisdiction. The Court shall issue a separate judgment, and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 5, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIE R. JONES et al, | Case Number: CV12-02624 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| DEUTSCHE BANK NATIONAL TRUST CO. et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 5, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Wynn Miller
5166 North 63rd Street
Milwaukee, WI 53218

Jennie R. Jones
1315 Court Street
Alameda, CA 94501

Dated: October 5, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk